IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:                                                  CHAPTER 13

**VIOLETA PADILLO WALKER**                 CASE NO. 05-22236 NLJ

        Debtor(s).

DISMISSED AFTER CONFIRMATION
_____
                NOTICE OF TURNOVER OF UNCLAIMED FUNDS
_____

THE CHAPTER 13 TRUSTEE REPORTS THAT DISBURSEMENT CHECKS HAVE BEEN ISSUED AND MAILED TO CREDITORS AT THEIR LAST KNOWN ADDRESSES. THE FOLLOWING CHECKS HAVE NOT BEEN PRESENTED WITHIN THE PRESCRIBED TIME LIMIT (90 DAYS). ACCOMPANYING THIS NOTICE IS A CHECK PAYABLE TO THE CLERK OF THE COURT IN A CORRESPONDING AMOUNT, IN ACCORDANCE WITH 11 U.S.C. SECTION 347(a) AND 3011.

| DATE | CHECK NO. | PAYEE | ADDRESS | AMOUNT |
|---|---|---|---|---|
| 12/01/2010 | 939735 | ALLTEL CORP | 1 ALLIED DRIVE<br>LITTLE ROCK, AR 72202 | $ 2.09 |

DATED: 03/10/2011

                                        /s/ John Hardeman
                                        _____
                                        CHAPTER 13 TRUSTEE
                                        P.O. BOX 1948
                                        OKLAHOMA CITY, OK 73101
                                        (405)236-4843

                                                          #334/LB